TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-96-00161-CV







Texas Workers' Compensation Commission, Appellant



v.



Paul Douglas Kellum, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT


NO. 95-08959, HONORABLE PAUL R. DAVIS, JR., JUDGE PRESIDING
 






PER CURIAM


 The parties have filed a joint motion to dismiss this appeal. The motion is granted. 
Tex. R. App. P. 59(a)(1)(A).

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Aboussie and Kidd

Dismissed on Joint Motion

Filed: May 22, 1996

Do Not Publish